

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00811-CR

Joseph **GARCIA** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8879
The Honorable Angus K. McGinty, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  January 22, 2014

DISMISSED FOR LACK OF JURISDICTION

The trial court imposed sentence on Joseph Garcia III on August 8, 2013, and appellant did not file a motion for new trial. Therefore, the notice of appeal was due September 8, 2013, or the notice and a motion for extension of time to file, were due fifteen days later on September 23, 2013. TEX. R. APP. P. 26.2(a)(1); 26.3. Garcia did not file a notice of appeal until November 7, 2013, and did not file a motion for extension of time.

On December 17, 2013, we notified Garcia that the record raised an issue regarding our jurisdiction over the appeal. We ordered Garcia to file a response by January 6, 2014, showing the appeal was timely filed. Garcia did not respond to our order.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish